UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

ALICE MCLEAN,

                                       Plaintiff,    STIPULATION OF VOLUNTARY
                                                                         DISMISSAL PURSUANT TO
            -against-                                FRCP 41(a)(1)(A)(ii)

ALICE HYDE MEDICAL CENTER,                  Index No. 23 CV 945 (TJM) (CFH)

                                       Defendant.
---------------------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their attorneys of record that

       1.     Ms. Mclean's First Cause of Action for discrimination under Title VII of the Civil Rights Act of 1964 is dismissed with prejudice;

       2.     Ms. Mclean's Second Cause of Action for discrimination under the New York State Human Rights Law is dismissed with prejudice;

       3.     Ms. Mclean's Third Cause of Action for retaliation under Title VII of the Civil Rights Act of 1964 is dismissed with prejudice;

       4.     Ms. Mclean's Fourth Cause of Action for retaliation under the New York State Human Rights Law is dismissed with prejudice;

       5.     Ms. Mclean's Fifth Cause of Action for tortious interference with contract is dismissed without prejudice; and

       6.     Ms. Mclean's Sixth Cause of Action for breach of contract is dismissed without prejudice

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and without attorneys' fees, costs, or disbursements to any party.

IT IS FURTHER STIPULATED AND AGREED that no party hereto is an infant or incompetent.

IT IS FURTHER STIPULATED AND AGREED that a facsimile copy of this stipulation may be deemed an original for all purposes.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be filed with the Clerk of the Court without further notice to any party.

Dated: New York, New York
April 29 2024

| | |
|---|---|
| _____ <br> Gregory Paul Mouton, Jr., Esq. <br> Law Office of Gregory P. Mouton, Jr., LLC <br> *Attorneys for Plaintiff Shenniel Mclean* <br> 10 Times Square, 6th Floor <br> New York, NY  10018 <br> Phone:  (646) 706-7481 | s/ Laura Harshbarger, with permission <br> _____ <br> Laura Harshbarger, Esq. <br> Bond Schoeneck & King, PLLC <br> *Attorneys for Defendant* <br> One Lincoln Center <br> Syracuse, NY  13202 <br> Phone: (315) 218-8314 |

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  April 30, 2024